1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

GREAT AMERICAN INSURANCE
COMPANY, et al.,

Case No. 19-cv-05488-TSH

8
9

Plaintiffs,

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP;
ORDER VACATING CASE
MANAGEMENT CONFERENCE**

v.

10
11

MEDITERRANEAN SHIPPING
COMPANY (USA) INC., et al.,

12

Defendants.

13
14

In their Joint Case Management Statement, the parties state this matter is related to *Great*

15

*American Insurance Company v. Mediterranean Shipping Company (USA) Inc.,* 19-cv-05169-

16

DMR as both matters concern the shipment of frozen shrimp from Krishnapatam, India to

17

Worcester, Massachusetts on the same date with the same parties at issue. ECF No. 16 ¶ 10.

18

Accordingly, pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED

19

to the Honorable Donna M. Ryu for consideration of whether the case is related to *Great*

20

*American Insurance Company v. Mediterranean Shipping Company (USA) Inc.,* 19-cv-05169-

21

DMR. The case management conference, currently scheduled for December 5, 2019, is

22

**VACATED** pending Judge Ryu's decision.

23

**IT IS SO ORDERED.**

24
25

Dated: December 2, 2019

26
27

THOMAS S. HIXSON
United States Magistrate Judge

28